# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5105**                                    **September Term, 2024**

1:25-cv-00778-LLA

**Filed On:** April 8, 2025

Sara Aviel, in her personal capacity and in her official capacity as President of the Inter-American Foundation,

    Appellee

    v.

Sergio Gor, in his official capacity as Director of the White House Presidential Personnel Office, et al.,

    Appellants

**BEFORE:**     Pillard, Katsas, and Rao, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for a stay pending appeal, which includes a request for an immediate administrative stay, and the opposition to the request for an administrative stay, it is

**ORDERED** that appellee respond to the emergency motion for a stay pending appeal by 12:00 noon on Monday, April 14, 2025. Any reply is due by 5:00 p.m. on Tuesday, April 15, 2025.

### Per Curiam

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                       BY:     /s/
                                                       Selena R. Gancasz
                                                       Deputy Clerk