[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SARA AVIEL,<br><br>      Plaintiff-Appellee,<br><br>      v.<br><br>SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, et al.,<br><br>      Defendants-Appellants. | No. 25-5105 |

**STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX**

    Defendants-Appellants do not intend to use a deferred joint appendix.

Respectfully submitted,

MICHAEL S. RAAB
DAVID L. PETERS
 /s/ *Courtney E. Albini*
COURTNEY E. ALBINI
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7511
  Washington, D.C. 20530
  (202) 598-7329

JULY 2025

## CERTIFICATE OF SERVICE

  I hereby certify that on July 3, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX.

           */s/ Courtney E. Albini*
           Courtney E. Albini
           Counsel for Defendants-Appellants