# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5105
2. DATE DOCKETED: 04-07-2025
3. CASE NAME (lead parties only) Aviel v. Gor
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ⦿ Yes ◯ No
   If YES, cite statute 28 U.S.C. § 1657(a)
6. CASE INFORMATION:
   a. District Court Docket No. — Civil Action 1:25-cv-00778
      Bankruptcy Court Docket No. — Bankruptcy / Adversary / Ancillary
      Tax Court Docket No. — Tax
      Criminal / Miscellaneous
   b. Review is sought of:
      ☐ Final Order  ☒ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Loren L. AliKhan    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 04-07-2025
   e. Date notice of appeal filed: 04-07-2025
   f. Has any other notice of appeal been filed in this case? ◯ Yes ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court? ⦿ Yes ◯ No  If YES, date filed: 05-21-2025
      If YES, identify motion Summary Judgment Cross-Motions
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ⦿ Yes ◯ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ◯ Yes Appeal # ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes ◯ No  If YES, give each case's court and case name, and docket number:
      Cristosal Human Rights v. Marocco, No. 25-cv-857 (D.D.C) (Inter-American Foundation)
   k. Does this case turn on validity or correct interpretation or application of a statute? ⦿ Yes ◯ No
      If YES, give popular name and citation of statute 22 U.S.C. § 290f(l)(1)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No  If so, provide program name and participation dates

Signature /s/ Courtney E. Albini    Date 07-03-2025
Name of Party Sergio Gor, in his official capacity, et. al.
Name of Counsel for Appellant/Petitioner Courtney E. Albini
Address 950 Pennsylvania Avenue, NW, Washington, DC 20530
Phone ( 202 ) 598-7329    Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CIVIL DOCKETING STATEMENT.

  <i>/s/ Courtney E. Albini</i><br>
  Courtney E. Albini<br>
  Counsel for Defendants-Appellants