[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

SARA AVIEL,

    Plaintiff-Appellee,

v.

SERGIO GOR, in his official capacity as the Director of the White House Presidential Personnel Office, et al.,

    Defendants-Appellants.

No. 25-5105

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.  Parties and Amici**

Plaintiff in district court, and appellee here, is Sara Aviel.  The defendants-appellants are Sergio Gor, in his official capacity as Director of the White House Presidential Personnel Office; Pete Marocco, in his official capacity as Acting Deputy Administrator for Policy and Planning and for Management and Resources for USAID and Director of Foreign Assistance at the Department of State and in his official capacity as Chairman of the

Board of the Inter-American Foundation and President of the Inter-American Foundation; U.S. DOGE Service; U.S. DOGE Service Temporary Organization; Amy Gleason, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization; Stephen Ehikian, in his official capacity as Acting Administrator of the U.S. General Services Administration; Scott Bessent, in his official capacity as the Secretary of the Treasury; and Donald J. Trump, in his official capacity as President of the United States of America.

No amici curiae or intervenors participated before the district court.

### B.  Rulings Under Review

The ruling under review is a motion for preliminary injunction order (Dkt. 23) and accompanying memorandum opinion (Dkt. 22) in *Aviel v. Gore*, No. 25-cv-0778, issued on April 4, 2025, by the Hon. Loren L. AliKhan. The court's opinion is available at 2025 WL 1009035.

### C.  Related Cases

This case has not previously been before this Court.  Counsel for the government are unaware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).  Some overlapping parties and issues are, however, presented in *Cristosal Human Rights v. Marocco*, No. 25-cv-857 (D.D.C), which is currently pending.

Respectfully submitted,

MICHAEL S. RAAB
DAVID L. PETERS
 /s/ *Courtney E. Albini*
COURTNEY E. ALBINI
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7511
  Washington, D.C. 20530
  (202) 598-7329

JULY 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES.

                                           */s/ Courtney E. Albini*
                                           Courtney E. Albini
                                           Counsel for Defendants-Appellants