[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SARA AVIEL,<br><br>　　Plaintiff-Appellee,<br><br>　　v.<br><br>SERGIO GOR, in his official capacity as Director of the White House Presidential Personnel Office, et al.,<br><br>　　Defendants-Appellants. | No. 25-5105 |

## STATEMENT OF ISSUES

Pursuant to this Court's order dated April 4, 2025, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is whether the district court erred in issuing a preliminary injunction that bars the removal of an executive branch officer serving as the president and Chief Executive Officer of the Inter-American Foundation.

Respectfully submitted,

MICHAEL S. RAAB
DAVID L. PETERS
 /s/ *Courtney E. Albini*
COURTNEY E. ALBINI
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7511
  Washington, D.C. 20530
  (202) 598-7329

JULY 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

                                       */s/ Courtney E. Albini*
                                       Courtney E. Albini
                                       Counsel for Defendants-Appellants