**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5105

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

SARA AVIEL, in her personal capacity and in her official capacity as President of the Inter-American Foundation,

          *Plaintiff-Appellee*,

v.

SERGIO GOR, in his official capacity as the Director of the White House Presidential Personnel Office, *et al.*,

          *Defendants-Appellants*.

———————

On Appeal from the United States District Court for the District of Columbia
No. 25-cv-00778-LLA, The Honorable Loren L. AliKhan, District Judge

———————

## PLAINTIFF-APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

———————

      AARON S.J. ZELINSKY
      ZUCKERMAN SPAEDER. LLP
      100 East Pratt Street, Suite 2440
      Baltimore, MD 21202
      Telephone: (410) 332-0444
      Fax: (410) 659-0436

      AARON CHOU
      ZUCKERMAN SPAEDER. LLP
      2100 L Street NW, Suite 400
      Washington, DC 20037
      Telephone: (202) 778-1800
      Fax: (202) 822-8106

      *Counsel for Plaintiff-Appellee Sara Aviel*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A.    Parties**

Plaintiff is Sara Aviel, in her personal capacity and in her official capacity as President of the Inter-American Foundation. Defendants are Sergio Gor, in his official capacity as Director of the White House Presidential Personnel Office; Pete Marocco, in his official capacity as Acting Deputy Administrator for Policy and Planning and for Management and Resources for USAID and Director of Foreign Assistance at the Department of State and in his purported official capacity as Chairman of the Board of the Inter-American Foundation and President of the Inter-American Foundation; U.S. DOGE Service; U.S. DOGE Service Temporary Organization; Amy Gleason, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization; Stephen Ehikian, in his official capacity as Acting Administrator of the U.S. General Services Administration; Scott Bessent, in his official capacity as the Secretary of the Treasury; and Donald J. Trump, in his official capacity as President of the United States of America.

No amici curiae or intervenors participated before the District Court.

**B.    Ruling Under Review**

The ruling under review is an order granting Plaintiff's motion for preliminary injunction (Dkt. 23) and memorandum opinion (Dkt. 22) that the District Court issued on April 4, 2025.

**C.    Related Cases**

This case has not previously been before this Court. Counsel for Plaintiff are unaware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C). Some overlapping parties and issues are, however, presented in *Cristosal Human Rights, et al. v. Marocco, et al.*, No. 25-cv-857 (D.D.C.), which is currently pending.

/s/ Aaron S.J. Zelinsky
AARON S.J. ZELINSKY
ZUCKERMAN SPAEDER. LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Telephone: (410) 332-0444
Fax: (410) 659-0436

AARON CHOU
ZUCKERMAN SPAEDER. LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Telephone: (202) 778-1800
Fax: (202) 822-8106

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 7, 2025, I caused this document to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ *Aaron S.J. Zelinsky*
Aaron S.J. Zelinsky