# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SARA AVIEL,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>SERGIO GOR, in his official capacity as the Director of the White House Presidential Personnel Office, et al.,<br><br>    Defendants-Appellants. | No. 25-5105 |

### APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL AS MOOT

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27, the government moves to voluntarily dismiss this appeal as moot. This appeal arose from the district court's preliminary injunction order, Dkt. 23, reinstating plaintiff as president and CEO of the Inter-American Foundation (the Foundation). On August 14, 2025, the district court granted plaintiff's summary judgment motion, issuing final judgment on all her claims. Dkt. 50, 51. The government's appeal of the preliminary-injunction order is therefore moot, and the government respectfully requests that this

Court dismiss the appeal, with each side to bear its own costs on appeal. Plaintiff does not oppose this motion.

**1.** Plaintiff brought this case to challenge her removal as president and CEO of the Foundation. On April 4, 2025, the district court granted plaintiff's request for a preliminary injunction reinstating her as the Foundation's president and CEO. The government appealed that order and sought an emergency stay. A panel of this Court denied the stay on June 5. *Aviel v. Gor*, No. 25-5105, 2025 WL 1600446, at *1 (D.C. Cir. June 5, 2025).

**2.** While this appeal was pending, the case proceeded to merits briefing in the district court with the parties filing cross-motions for summary judgment. On August 14, the district court granted plaintiff's motion in full and issued final judgment on all her claims. Dkt. 50, 51.

**3.** Because the district court has now entered final judgment, this appeal from the grant of plaintiff's motion for a preliminary injunction is moot. *See, e.g., Harper ex rel. Harper v. Poway Unified Sch. Dist.*, 549 U.S. 1262, 1262 (2007) ("We have previously dismissed interlocutory appeals from the denials of motions for summary judgment once final judgment has been entered."); *Novartis Pharms. Corp. v. Becerra*, No. 24-5186, 2024 WL 5400597, at *1 (D.C. Cir. Oct. 31, 2024);

**4.** The government has contacted counsel for plaintiff, who represents that plaintiff does not oppose this motion.

                Respectfully submitted,

                MICHAEL S. RAAB
                DAVID L. PETERS
                /s/ *Courtney E. Albini*
                COURTNEY E. ALBINI
                  *Attorneys, Appellate Staff*
                  *Civil Division, Room 7231*
                  *U.S. Department of Justice*
                  *950 Pennsylvania Avenue NW*
                  *Washington, DC 20530*
                  *(202) 598-7329*

AUGUST 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 328 words.

/s/ Courtney E. Albini
Courtney E. Albini

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                */s/ Courtney E. Albini*
                                                Courtney E. Albini