# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5105** | **September Term, 2025** |
| | 1:25-cv-00778-LLA |
| | Filed On:  September 2, 2025 |

Sara Aviel, in her personal capacity and in her official capacity as President of the Inter-American Foundation,

    Appellee

    v.

Sergio Gor, in his official capacity as Director of the White House Presidential Personnel Office, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion to dismiss appeal as moot, it is

**ORDERED** that this appeal be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:   /s/
                              Lynda M. Flippin
                              Deputy Clerk