# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5105**　　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-00778-LLA**

**Filed On: September 2, 2025** [2132938]

Sara Aviel, in her personal capacity and in
her official capacity as President of the
Inter-American Foundation,

　　　　Appellee

　　v.

Sergio Gor, in his official capacity as
Director of the White House Presidential
Personnel Office, et al.,

　　　　Appellants

## M A N D A T E

　　In accordance with the order of September 2, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Lynda M. Flippin
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed September 2, 2025